IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| RASHAD WILLIAMS | : CIVIL ACTION |
|---|---|
| v. | : |
|  | : NO. 17-4348 |
| DELAWARE COUNTY BOARD OF | : |
| PRISON INSPECTORS, *et al.* | : |

## ORDER

**AND NOW**, this 28th day of November 2017, upon considering Defendant Corsi's and the Sheriff Department's Motions to Dismiss (ECF Doc. Nos. 19, 22), Plaintiff's *pro se* Opposition (ECF Doc. No. 29) and for reasons in the accompanying Memorandum, it is **ORDERED** the Defendants' Motions to Dismiss (ECF Doc. Nos. 19, 22) are **GRANTED** without prejudice for *pro se* Plaintiff to file a second amended complaint no later than **December 29, 2017**. The remaining served Defendants shall not respond to the pending Amended Complaint until the earlier of fourteen (14) days after filing of the Second Amended Complaint so as to ensure all named Defendants respond on the same date to the Second Amended Complaint or, if Plaintiff elects not to file a Second Amended Complaint, no later than **January 8, 2018**.

KEARNEY, J.