# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| RASHAD WILLIAMS | : CIVIL ACTION |
|---|---|
| v. | : NO. 17-4348 |
| DELAWARE COUNTY BOARD OF PRISON INSPECTORS, *et al.* | : |

## ORDER

**AND NOW**, this 2nd day of July 2018, upon considering Defendants' Motions to dismiss the third amended complaint (ECF Doc. Nos. 74, 75), Plaintiff's *pro se* Response (ECF Doc. No. 82), consistent with our June 5, 2018 Order (ECF Doc. No. 81), and for reasons in the accompanying Memorandum, it is **ORDERED** Defendants' Motions (ECF Doc. Nos. 74, 75) are **GRANTED** and Plaintiff's claims are **DISMISSED without prejudice** for him to file a fourth amended complaint no later than **August 3, 2018** which pleads facts giving rise to claims, the particular persons engaging in the alleged misconduct, and the specific legal claims he wishes to pursue. Absent timely compliance with this Order, we may close his case without further notice.

_____
KEARNEY, J.