IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| RASHAD WILLIAMS | : | CIVIL ACTION |
|---|---|---|
| v. | : | NO. 17-4348 |
| DELAWARE COUNTY BOARD OF PRISON INSPECTORS, *et al.* | : | |

**ORDER**

FILED
SEP 20 2018
KATE BARKMAN, Clerk
By_____Dep. Clerk

AND NOW, this 20th day of September 2018, upon considering the remaining served Defendants' amended Motion to dismiss (ECF Doc. No. 94) Plaintiff's Fourth Amended *pro se* Complaint (ECF Doc. No. 88), Plaintiff's Response (ECF Doc. No. 107) and for reasons in the accompanying Memorandum, it is **ORDERED** the amended Motion to dismiss (ECF Doc. No. 94) is **GRANTED in part** and **DENIED in part**:

1. We **deny** the Motion only as to Mr. Williams' claims arising after September 28, 2015 for: (1) denial of free exercise of religion against Chaplain Dunn; (2) deprivation of food or meals against Officers Jenkins, Baldwin and Paige; (3) housing Mr. Williams with violent inmates against Community Education Centers, Inc. and the Delaware County Board of Prison Inspectors; and, (4) retaliation for his September 28, 2015 grievance against Officers Jenkins, Baldwin and Paige and Chaplain Dunn;

2. We **grant** the Motion as to all other claims; and,

3. Consistent with our August 9, 2018 Order (ECF Doc. No. 97), Delaware County and the Defendants on this Motion to dismiss shall answer the remaining claims against them plead in the Fourth Amended Complaint no later than **October 4, 2018.**

KEARNEY, J.