# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| RASHAD WILLIAMS | : CIVIL ACTION |
|---|---|
| v. | : |
| | : NO. 17-4348 |
| DELAWARE COUNTY BOARD OF PRISON INSPECTORS, *et al.* | : |

## ORDER

**AND NOW**, this 15th day of October 2018, upon considering the Defendants James Hyman, Michael Hellriegel, and Eli Hitchens's Motion to strike service of original process as to Plaintiff's Fourth Amended *pro se* Complaint (ECF Doc. No. 106), finding Plaintiff has not timely effected service and has not opposed the Motion, and for reasons in the accompanying Memorandum, it is **ORDERED** Defendants' Motion (ECF Doc. No. 106) is **GRANTED** and the August 30, 2018 service (ECF Doc. Nos. 102, 103) is **stricken** and we **dismiss** Plaintiff's Fourth Amended Complaint as to Defendants James Hyman, Michael Hellriegel, and Eli Hitchens **without prejudice.**

_____
KEARNEY, J.