IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| RASHAD WILLIAMS | : | CIVIL ACTION |
|---|---|---|
| v. | : | NO. 17-4348 |
| DELAWARE COUNTY BOARD OF PRISON INSPECTORS, *et al.* | : | |

## ORDER

**AND NOW**, this 27th day of June 2019, upon considering the Plaintiff's untimely Motion to compel unknown discovery (ECF Doc. No. 166), under our Policies, and for reasons in the accompanying Memorandum granting summary judgment to the Defendants after rigorous analysis of possible remaining claims and finding unidentified discovery could not contrive a genuine issue of material fact precluding judgment as a matter of law and Plaintiff has enjoyed several months to obtain discovery and fails to show the specific discovery which he claims is not produced would aid his arguments in opposition to summary judgment, it is **ORDERED** Plaintiff's Motion to compel unknown discovery (ECF Doc. No. 166) is **DENIED**.

KEARNEY, J.