IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| RASHAD WILLIAMS | : CIVIL ACTION |
|---|---|
| v. | : NO. 17-4348 |
| DELAWARE COUNTY BOARD OF PRISON INSPECTORS, *et al.* | : |

## ORDER

**AND NOW,** this 27th day of June 2019, upon considering the Defendants' Motions for summary judgment (ECF Doc. Nos. 154, 155), after several months of discovery with no timely opposition after two extensions of time and independently finding no genuine issue of material fact requiring a trial and judgment is warranted as a matter of law, and for reasons in the accompanying Memorandum, it is **ORDERED** Defendants' Motions for summary judgment (ECF Doc. Nos. 154, 155) are **GRANTED** dismissing all claims against remaining Defendants and the Clerk of Court shall **close** this case.

KEARNEY, J.